**GENERAL AFFIDAVIT**

## THE STATE OF MISSISSIPPI

## TISHOMINGO COUNTY

BK____ PG____ ____

BEFORE ME, _____ Joy Brock _____

A Justice Clerk of said County _____ JESSICA WILLIAMS BLACKMON _____

makes affidavit that _____ Gail Milligan _____

_____ 263 CR 956    Iuka MS 38852 _____

on or about ___ July 17 ___, 2020, in said county aforesaid, did lawfully and willfully violate the State Laws to wit, Gail Milligan did willfully, unlawfully and feloniously take, steal and carry away the following item(s): White American Bulldog

The value of the item is approximately $300.00

__ PETIT LARCENY ___ [97-17-43 (1)] __

against the peace and dignity of the State of Mississippi.  X _Jessica Williams Blackmon_

Sworn and subscribed before me, this _____ 22nd _____ day of ___ July ___, ___ 2020 ___

By _____ J. Brock _____

-Deputy Clerk



EXHIBIT

A