### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**GAIL W. MILLIGAN**                                                      **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 1:23-CV-93-NBB-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI;**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY;**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY**          **DEFENDANTS**

### MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COME**, all the Defendants, by and through counsel, and respectfully file their Motion for Judgment on the Pleadings:

### I.    PREMISE

This Complaint should be dismissed.  Ms. Gail Milligan stole a dog, something her Complaint never denies. Operating a dog rescue is not a valid defense for stealing.  Because of her theft, she was arrested.  Her arrest was valid, based on probable cause, submitted to a Justice Court Judge, resulting in a warrant.  The individual deputies involved are entitled to qualified immunity. Tishomingo County should be dismissed because Plaintiff has failed to state a claim against it.  All her claims against these Defendants must fail.

### II.   SUPPORTING DOCUMENTS

In support of summary judgment, these Defendants will submit a separate memorandum of authorities and file herewith the following exhibits of evidentiary quality:

**EXHIBIT A**   Arrest Warrant

**EXHIBIT B**   Affidavit of JR Blakney

**EXHIBIT C**   Incident Report

1

### III.  BRIEFING

As required by our local rules, an appropriate Memorandum of Supporting Authorities is being filed herewith.

**NOW THEREFORE,** all Defendants respectfully pray that the Court dismiss Milligan's Complaint *in toto*.

**RESPECTFULLY SUBMITTED** this the 9th day of August, 2023.

**JACKS| GRIFFITH| LUCIANO, P.A.**

By:    */s/ Bethany A. Tarpley*
Daniel J. Griffith, MS Bar No. 8366
Bethany A. Tarpley, MS Bar No. 104134
Mary McKay Griffith, MS Bar No. 100785
Attorneys for Tishomingo County, Mississippi; Ryan Glover, in his Individual Capacity; and, Joseph Marlar, in his Individual Capacity

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com
       btarpley@jlpalaw.com
       mgriffith@jlpalaw.com

### CERTIFICATE OF SERVICE

I, Bethany A. Tarpley, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Motion for Judgment on the Pleadings* to be delivered by the ECF Filing System which gave notice to the following:

Richard Shane McLaughlin, Esq.
Mclaughlin Law Firm
Email: rsm@mclaughlinlawfirm.com

2

**Attorney for Plaintiff**

Victor Israel Fleitas
Victor I. Fleitas, P.A.
Email: fleitasv@bellsouth.net
**Attorney for Plaintiff**

**DATED** this 9h day of August, 2023.

/s/ *Bethany A. Tarpley*
Bethany A. Tarpley