Warrant#                    Justice Court Warrant          Book 0165    Page 001906
Record#   00190449

---

STATE OF MISSISSIPPI
TO ANY LAWFUL OFFICER OF TISHOMINGO COUNTY JUSTICE COURT
We command you forthwith to take the body of:
        MILLIGAN GAIL ELIZABETH

                                                        DOB
                                                        DL#

and bring him before the undersigned, a Justice Court Judge of said
County, to answer the State of Mississippi on a charge of:

    STEALING DOG - FELONY

_____
_____
_____
_____

Witness my hand as Judge with the seal of said court hereto affixed this
23rd  day of       July  , 2020.

Amount of Bail_____
Return Date   _____

                                    _____
                                         Justice Court Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Officer's Return:

I have this day executed the within writ by personally arresting
MILLIGAN GAIL ELIZABETH
This the 23 day of July , 2020.

                                    _____ Officer

                        By: _____ D. S.

EXHIBIT A - ARREST WARRANT                    DEF 1