# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**GAIL W. MILLIGAN**                                                     **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 1:23-CV-93-NBB-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI;**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY;**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY**                **DEFENDANTS**

## AFFIDAVIT OF J R BLAKNEY

**STATE OF MISSISSIPPI**
**COUNTY OF TISHOMINGO**

PERSONALLY APPEARED BEFORE ME, the undersigned notary public in and for the aforesaid state and county, the within named JR BLAKNEY, who, after being by me first duly sworn, states on oath as follows:

1. My name is JR Blakney, I am over eighteen (18) years of age, and I have personal knowledge of the matters set forth

2. I, JR Blakney, was the Justice Court Judge who issued the warrant to arrest Gail Milligan for felony dog theft.

3. I remember this case because I was filling a vacancy as interim North Half County Justice Court Judge until a Special Election could be held during mid July, 2020 and because of the unique facts and circumstances of the case.

4. Prior to this, I had been a Justice Court Judge for sixteen years.

5. I was present at the Justice Court when Jessica Blackmon came to the Tishomingo County Justice Court Clerks Office. She came and reported her dog missing and wanted to file

charges against the person she believed stole her dog. She was advised to go see Investigator Marlar at the Sheriff Department.

6.     The next day, Investigator Marlar came to the office with an Affidavit for dog stealing and Deputy Captain Glover's incident report.

7.     It is my general practice and custom to swear in any deputy or officer that appears before me to request a warrant. I did that here.

8.     While under oath, Investigator Marlar confirmed to me the information in Deputy Captain Glover's incident report.

9.     Based on the totality of the information provided to me in Investigator Marlar's sworn oral testimony and Deputy Captain Glover's incident report, which Investigator Marlar confirmed under oath, I believed that there was probable cause to issue the warrant for felony dog theft for Gail Milligan.

Further Affiant sayeth not.

Dated this the _8_ day of ~~July~~, 2023.
AUGUST

J R BLAKNEY

**SWORN TO AND SUBSCRIBED** before me, the undersigned authority, on this the _8_ day of ~~July~~, 2023.
AUGUST

Notary Public

My Commission Expires:
~~My Commission Expires 01~~/28/2027

EXHIBIT B - AFFIDAVIT OF BLAKNEY