# Tishomingo County Sheriff's Office

## Incident Report

## Incident Details

| | | | |
|---|---|---|---|
| **Incident # :** | 2020-0434 | **Reporting Officer :** | Glover, Ryan |
| **Date Entered :** | 7/17/2020 7:09:09 PM | **Cleared Exceptionally :** | No |
| **Status :** | Open | **Location :** | Aqua Yacht Iuka MS 38852 |
| **Occurence Date :** | 7/17/2020 17:00 | | |

**Incident Description :**

Stolen Dog

## Offense(s)                                                                                          1 Results

### #1

| **Offense :** | | | 97-17-51 - LARCENY - STEALING DOG |
|---|---|---|---|
| **Premises Entered :** | 0 | **Completed :** | True |
| **Forced Entry :** | False | **Location Type :** | Parking Lot/Garage |
| **Bias Motivation :** | | | |
| **Suspect Of Using :** | Not Applicable | | |
| **Criminal Activity :** | Buying/Receiving Possessing/Concealing Transporting/Transmitting/Importing | | |
| **Weapon Type :** | Unknown | | |

## Property                                                                                            1 Results

### #1

| **Description :** | Livestock (living farm animals, i.e., cattle, chickens, hogs, horses, sheep, etc., but not household pets, such as dogs and cats) | | |
|---|---|---|---|
| **Value :** | $0.00 | **Serial Number :** | |
| **Brand/Make :** | White Boxer Bulldog | **Suspected Drug Type :** | |
| **Model :** | | **Est. Quantity :** | 1.000 |
| **Year :** | 0 | **Loss Type :** | Stolen/Etc (includes bribed, defrauded, embezzled, extorted, ransomed, robbed, etc.) |
| **Type :** | | **Color :** | |
| **Caliber :** | | **Released To :** | |
| **Notes :** | | | |

| Report By: | Approved By: |
|---|---|
| Glover, Ryan | Ryan Glover |

EXHIBIT C - TISHOMINGO COUNTY SHERIFF'S OFFICE INCIDENT REPORT

## Victim(s)      1 Results

#### #1

| Name : | Blackman, Jessica | Type : | Individual |
|---|---|---|---|
| Age : | Unknown | Sex : | Female |
| Race : | White | Ethnicity : | Not of Hispanic Origin |
| Home Phone : | | Cell Phone : | (662)-660-2246 |
| Other Phone : | | Date of Birth : | |
| Address : | | | 5 CR 374 Iuka, MS 38852 Updated: 07/17/20 |

## Offender(s) / Suspect(s)      2 Results

#### #1

**Name :**      Gail  Milligan

### Appearance

| Sex : | Female | Age : | Unknown | Hair Color : | Gray | Mustache : | No |
|---|---|---|---|---|---|---|---|
| Race : | White | Ethnicity : | | Hair Length : | Above Shoulder | Beard : | No |
| Weight : | 145 | Height : | 5ft 1in | Glasses : | No | Goatee : | No |
| Skintone : | Light | Eye Color : | Blue | Contacts : | No | Build : | Small |
| Marks : | | | | Additional Appearance Info : | | | |

### Background

| Birthdate : | | Education Level : | Other | Occupation : | |
|---|---|---|---|---|---|
| Place of Birth : | , MS | Religion : | | US Citizen : | Yes |
| Nationality : | | Marital Status : | Other | Emp. Phone : | |
| Home Phone: | | Cell Phone : | (662)-660-3366 | Other Phone : | |
| Employer's Addresses : | | | | | |
| Offender's Addresses : | | | | 263 CR 956 Iuka, MS 38852 Updated: 07/23/20 | |
| Notes : | | | | | |

| Report By: | Approved By: |
|---|---|
| Glover, Ryan | Ryan Glover |

EXHIBIT C - TISHOMINGO COUNTY SHERIFF'S OFFICE INCIDENT REPORT

#2

**Name :**                                                                                                            Peggy  Seaton

**Appearance**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Sex :** | Female | **Age :** | Unknown | **Hair Color :** | Other | **Mustache :** | No |
| **Race :** | White | **Ethnicity :** | | **Hair Length :** | Above Shoulder | **Beard :** | No |
| **Weight :** | 0 | **Height :** | 0ft 0in | **Glasses :** | No | **Goatee :** | No |
| **Skintone :** | Other | **Eye Color :** | Other | **Contacts :** | No | **Build :** | Other |
| **Marks :** | | | | **Additional Appearance Info :** | | | |

**Background**

| | | | | | |
|---|---|---|---|---|---|
| **Birthdate :** | | 1/1/0001 | **Education Level :** | Other | **Occupation :** | |
| **Place of Birth :** | | , MS | **Religion :** | | **US Citizen :** | Yes |
| **Nationality :** | | | **Marital Status :** | Other | **Emp. Phone :** | |
| **Home Phone:** | | | **Cell Phone :** | (731)-925-0966 | **Other Phone :** | |

**Employer's Addresses :**

**Offender's Addresses :**                                                         Aqua Yacht Harbor Iuka, MS 38852 Updated: 07/22/20

**Notes :**        She is believed to run the boat rental business at Aqua Yacht.

## Other Entities                                                                                                    0 Results

## Attached File(s)                                                                                                 2 Results

#1

| **File Name :** | 20200722053823051.ENCRYPT |
|---|---|
| **File Path :** | \\192.168.1.67\Tiger Share\Files\ |

#2

| **File Name :** | 20200722053859437.ENCRYPT |
|---|---|
| **File Path :** | \\192.168.1.67\Tiger Share\Files\ |

| Report By: | Approved By: |
|---|---|
| Glover, Ryan | Ryan Glover |

EXHIBIT C - TISHOMINGO COUNTY SHERIFF'S OFFICE INCIDENT REPORT

## Narrative(s)

3 Results

### #1

| Title : | | Incident Report |
|---|---|---|
| Date : | 7/17/2020 6:06:00 PM  Name : | Ryan Glover |

On 7/17/2020 I received a call at the Sheriff's Dept. from Jessica Williams Blackmon who lives at 5 CR 374, Iuka, MS 38852. She states that her and her husband walked to Aqua Yacht Grill and her white boxer bulldog followed them. When they came out her dog was missing. They have walked this route several times and this the first time their dog has been missing. They asked around and a man that worked at Aqua Yacht told her that a woman named Peggy Seaton (731-925-0966) picked up her dog. The man told Ms. Blackmon that Peggy was a good lady and to call her and let her know it was her dog. Ms. Blackmon then called Peggy and according to Ms. Blackmon, Peggy told her she did get the dog and it was at a vet and she was not going to tell Ms. Blackmon where it was. Ms. Blackmon told Peggy it was her dog and Peggy told her she couldn't prove it. Ms. Blackmon states she has pictures of her dog on her phone. Ms. Blackmon's house recently burned and the only thing left was her two dogs, the White Bulldog being one of them. Ms. Blackmon states that Peggy didn't care and wasn't going to tell her where her dog was. Ms. Blackmon states that Peggy won't return her calls now and she wants her dog back.

I called the number (731-925-0966) that Ms. Blackmon gave me for Peggy and got an answering machine. I left a message with my name, job title and that it was regarding the dog that was taken from Aqua Yacht. Within ten minutes a lady named Gail Milligan (662-660-3366) called stating to me that she rescues dogs and she has the dog in question. I explained to her that Ms. Blackmon states it is her dog and she wants it back. Gail stated that she was not going to tell me where the dog is. She stated she took it to a vet and that the dog had fleas, ticks and heart worms. I explained to her that she can not legally keep the dog. I explained to her that she needed to tell me where the dog was and she refused too. I told her she could find herself charged with a Felony and in court over stealing a person's dog and she said so be it, and still refused to tell me where the dog was located.

I called Ms. Blackmon back and explained to her the situation and Ms. Blackmon states she want's to file charges on Peggy and Gail for stealing her dog. I advised her that I would make her a report and she could come get it and go to the court house on Monday and file the charges. She states that is what she is going to do.

### #2

| Title : | | Supplemental |
|---|---|---|
| Date : | 7/22/2020 5:17:00 PM  Name : | Ryan Glover |

I spoke to Jessica Williams Blackmon today and she informed me that she called Animal's Choice Vet Clinic on 7/18/2020 and asked if they had a white bulldog brought in and they told her that they did have the dog she was talking about and described it to her. She told them what happened and they told her that she would have to bring in a police report and she told them she had already made a report and she couldn't get a copy until Monday morning and then she would come and get the dog. Ms. Blackmon went Monday, 7/20/2020 with a report but Gail Milligan had already picked up the dog. She was not happy and called the Sheriff's Dept. as well as went to the court house to file charges on Gail and Peggy for stealing her dog. She said the clerk wouldn't let her file charges without an address.

I received a call from Deputy Jeremy Clark on Tuesday afternoon, 7/21/2020. Clark informed me that Gail Milligan called the Sheriff's Dept. because Ms. Blackmon was at her house wanting her dog back. Clark said that Gail threatened the Dispatcher over the phone as well. I told Clark to tell Ms. Blackmon that I would put Gail's address in the report on Wednesday morning so she could file charges. Ms. Black got the revised report Wednesday, 7/22/2020 and took it to Justice Court and they told her the court date would be August, 18, 2020. She called me and told me and I called the Judge JR Blakney and explained the situation of Gail admitting she knows where the dog is and refused to tell me. Judge Blakney agreed to sign a Felony Warrant for stealing of a dog. I also got a written statement from Dr. Brad Nunley at Animal's Choice that Peggy Seaton brought the dog in question on Friday, 7/17/2020, dropped it off and stated that it was for Gail Milligan. Dr. Nunley also states that on Monday, 7/20/2020, Gail Milligan came and picked up the same white bulldog in question. I informed Dr. Nunley of the situation. He stated Gail paid the vet bill when she picked up the dog.

This case has been referred to CID and a warrant has been typed up by Inv. Joseph Marlar for stealing a dog and is awaiting a judges signature.

| Report By: | Approved By: |
|---|---|

Glover, Ryan

Ryan Glover
EXHIBIT C - TISHOMINGO COUNTY SHERIFF'S OFFICE INCIDENT REPORT

INCIDENT #: 2020-0434                                                                                   Page 5 of 5

## Narrative(s)                                                                                          3 Results

#### #3

**Title :**                                                                                    Supplement

**Date :**                    12/18/2020 2:49:00 PM    **Name :**                               Ryan Glover

On 12/18/2020 I was in Dollar Wise store in Burnsville, MS speaking to the owner of the store while on duty in my uniform. A woman came up to me and asked me if I was "Ricky Ryan." I said no ma'am, my name is Ryan Glover. She said, "Oh..." She then told me that her name was Gail Milligan and she started asking me questions about the incident on 7/17/2020 ( Theft of a Dog ) where she has been charged with a felony. She started making statements that I never told her that the owner of the dog had proof the dog in question was her's. I reminded Ms. Milligan that I did tell her that the owner, Jessica Williams, did have proof and also reminded Ms. Milligan that she refused to cooperate with the investigation of the stolen dog in question, while knowing where the dog was at the time the dog was reported stolen (Animal's Choice Vet.), refusing to bring the dog to me so I could get it back to the owner or telling me where the dog was so I could tell the owner. I turned my camera on while Ms. Milligan was asking me questions and making statements. During our conversation at Dollar Wise Ms. Milligan acknowledged that she did refuse to cooperate with the investigation on 7/17/2020 and that she did know where the dog was at the time and still knows to this day where the dog is and refuses to give it back. Ms. Milligan also stated that it is her rescue policy that when she picks up a "rescue animal" in the community that the animal gets ran in the paper for "Five Days" before the vet does anything to it like spaying or neutering, it gets given to someone or shipped up north to be rescued. Ms. Milligan states that from 1/1/2020 until 12/18/2020, she has rescued a total of 333 animals in Tishomingo County. I then asked Ms. Milligan, if I went to the newspaper and asked them how many animals they had ran in the paper for the Tishomingo County Rescue from 1/1/2020 until 12/18/2020, if it would be 333 animals? Ms. Milligan admitted that the answer would be no. She states that after the incident on 7/17/2020 that she runs all the dogs threw the paper and waits "Five Days." She admitted that it was wrong of her to have the dog in question neutered before waiting the "Five Days."

| Report By: | Approved By: |
|---|---|

Glover, Ryan                                             Ryan Glover

EXHIBIT C - TISHOMINGO COUNTY SHERIFF'S OFFICE INCIDENT REPORT