**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

GAIL W. MILLIGAN                                                                          PLAINTIFF

v.                                                      CIVIL ACTION NO.: 1:23-CV-93-NBB-DAS

TISHOMINGO COUNTY, MISSISSIPPI,
RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY,
AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY                    DEFENDANTS

**ORDER STAYING CASE PURSUANT TO RULE 16(b)(3)(B)**

The Individual Defendants, Ryan Glover and Joseph Marlar, have moved for judgment on the pleadings and summary judgment based upon qualified immunity. Pursuant to Rule 16(b)(3)(B) of the Local Uniform Civil Rules:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal.

L.U. Civ. R. 16(b)(3)(B).

**IT IS THEREFORE ORDERED,** that all discovery and disclosure requirements are stayed pursuant to the Local Rules.

**SO ORDERED** on this the  21st day of August, 2023.


/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**

1