UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GAIL W. MILLIGAN                                                          PLAINTIFF

VS.                                     CIVIL ACTION NO: 1:23-cv-00093-MPM-DAS

TISHOMINGO COUNTY, MISSISSIPPI,
RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY
AND JOSEPH MARLAR, IN HIS INDIVIDUAL
CAPACITY                                                                  DEFENDANTS

## ORDER

On August 09, 2023, defendants filed a Rule 12 motion to dismiss in which they raised, *inter alia*, a qualified immunity defense. Subsequently, however, the parties agreed that immunity-related discovery is needed in this case, and Judge Sanders recently entered an agreed order providing for such discovery. It therefore seems certain that defendants' original motion will need to be revised following discovery, and this court accordingly concludes that it should be dismissed without prejudice to the filing of a summary judgment motion following discovery.

It is therefore ordered that defendants' motion to dismiss [14-1] is dismissed without prejudice.

So ordered, this the 31st day of August, 2023.

/s/ Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

1