**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**GAIL W. MILLIGAN**                                                                    **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 1:23-CV-93-NBB-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI;
RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY;
AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY**          **DEFENDANTS**

**NOTICE OF DEPOSITION**

Please take notice that at the time, place and date indicated below, Defendants Tishomingo County, Mississippi; Ryan Glover, in his Individual Capacity; and, Joseph Marlar, in his Individual Capacity, will take the testimony by deposition upon oral examination of the party named below, pursuant to the Federal Rules of Civil Procedure, before a Notary Public or other officer authorized by law to administer oaths. Such deposition shall be taken for the purpose of discovery or for use as evidence in their action, or for both purposes, and will continue from time to time until completed, at which time and place you are notified to appear and take such part in the examination as shall be fit and proper.

DEPONENT:            Jason Blakney
DATE & TIME:         Wednesday, October 18, 2023, at 1:00 p.m.
LOCATION:            Tishomingo County Sheriff's Department
                     1208 Bettydale Drive
                     Iuka, MS 38852

**RESPECTFULLY SUBMITTED,** this the 8th day of September, 2023.

                                        **JACKS| GRIFFITH| LUCIANO, P.A.**

                              By:      /s/ *Mary McKay Griffith*
                                        Mary McKay Griffith, MS Bar No. 100785
                                        Daniel J. Griffith, MS Bar No. 8366
                                        Attorneys for Defendants

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: mgriffith@jlpalaw.com
         dgriffith@jlpalaw.com

Phillip Whitehead, Esq.
1274 Main Street
P. O. Box 38
Tishomingo, MS 38873
Phone: 662-438-1166
Email: pmwlaw@gmail.com

**CERTIFICATE OF SERVICE**

I, Mary McKay Griffith, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Deposition* to be delivered by the ECF Filing System which gave notice to the following:

Richard Shane McLaughlin, Esq.
Mclaughlin Law Firm
Email: rsm@mclaughlinlawfirm.com
**Attorney for Plaintiff**

Victor Israel Fleitas
Victor I. Fleitas, P.A.
Email: fleitasv@bellsouth.net
**Attorney for Plaintiff**

**DATED** this 8th day of September, 2023.

/s/ *Mary McKay Griffith*
Mary McKay Griffith