**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**GAIL W. MILLIGAN**                                                      **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO: 1:23-cv-00093-MPM-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI,**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL**
**CAPACITY**                                                          **DEFENDANTS**

---

**NOTICE OF DEPOSITION**

---

**TO:    ALL COUNSEL OF RECORD**

   **PLEASE TAKE NOTICE** that the following deposition upon oral examination will be conducted before an officer authorized by law to administer oaths and take depositions:

| | |
|---|---|
| **NAME:** | **Ryan Glover** |
| **DATE:** | **October 18, 2023** |
| **TIME:** | **11:00 A.M.** |
| **PLACE:** | **Tishomingo County Sheriff's Department** |
| | **1208 Betty Dale Dr.** |
| | **Iuka, MS 38852** |

   This deposition has been scheduled at the agreement of the Parties. Pursuant to agreement of the Parties, the deposition shall be conducted at the above time and location without the necessity of further service.

   Said deposition will begin at the time and place indicated and will continue thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are cordially invited to appear and to take such part in the examination as appropriate. Pursuant to Miss. R. Civ. P. 30(b)(4), the deposition will be recorded by stenographic means and may be separately recorded by digital audiovisual means.

**RESPECTFULLY SUBMITTED**, this the 11th day of September, 2023.

**MCLAUGHLIN LAW FIRM**

By:    <u>/s R. Shane McLaughlin</u>
R. Shane McLaughlin (Miss. Bar No. 101185)
347 North Spring Street
Post Office Box 200
Tupelo, Mississippi 38802
Telephone: (662) 840-5042
Facsimile: (662) 840-5043
Email: rsm@mclaughlinlawfirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing document with the Clerk of

Court using the ECF system, which sent notification to the following:

**Victor Fleitas**
**Victor I. Fleitas, PA**
**452 North Spring Street**
**Tupelo, Mississippi 38804**
**fleitasv@bellsouth.net**

**Daniel J. Griffith**
**Bethany A. Tarpley**
**Mary McKay Griffith**
**Jacks Griffith Luciano, P.A.**
**150 North Sharpe Street**
**P. O. Box 1209**
**Cleveland, MS 38732**

**THIS** the 11th day of September, 2023.

/s R. Shane McLaughlin