**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**GAIL W. MILLIGAN**                                                                 **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO: 1:23-cv-00093-MPM-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI,**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL**
**CAPACITY**                                                                        **DEFENDANTS**

---

**NOTICE OF SERVICE OF DISCOVERY RESPONSES**

---

**TO:    ALL COUNSEL OF RECORD**

**THIS DAY,** counsel for Plaintiff have served upon counsel of record for Defendants in the above matter, a true and correct copy of **Plaintiff's Responses to Defendant's First Set of Interrogatories and Requests for Document Production.**

The undersigned retains the original(s) of the above paper(s) as custodian thereof.

**RESPECTFULLY SUBMITTED**, this the 27th day of September, 2023.

MCLAUGHLIN LAW FIRM

By:    /s R. Shane McLaughlin
R. Shane McLaughlin (Miss. Bar No. 101185)
347 North Spring Street
P.O. Box 200
Tupelo, Mississippi 38802
Telephone:  (662) 840-5042
Facsimile:  (662) 840-5043
E-mail: rsm@mclaughlinlawfirm.com

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
Telephone:  (662) 840-0270
Facsimile:  (662)840-1047
fleitasv@bellsouth.net

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing document with the Clerk of

Court using the ECF system, which sent notification to the following:

**Mary McKay Griffith**
**Daniel J. Griffith**
**Bethaney A. Tarpley**
**Jacks Griffith Luciano, PA**
**P. O. Box 1209**
**Cleveland, MS 38732-1209**

This, the 27th day of September, 2023.

/s/ R. Shane McLaughlin