AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00093-MPM-DAS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dr. Brad Nunley Animals choice Veterinary Clinic
on *(date)* 10-23-23 .

☑ I served the subpoena by delivering a copy to the named person as follows: Dr. Brad Nunley

_____ on *(date)* 10-24-2023 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-24-2023 _____ CC-1
*Server's signature*

Jamie Stuart Constable
*Printed name and title*

118 S. Pearl St Iuka MS
*Server's address*

Additional information regarding attempted service, etc.: