## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**GAIL W. MILLIGAN**                                                                 **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO.: 1:23-CV-93-MPM-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI;**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY;**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY**            **DEFENDANTS**

### NOTICE OF SERVICE

**PURSUANT TO** Rule 5(d)of the Federal Rules of Civil Procedure, Defendant Tishomingo

County, Mississippi has this day served the following upon all parties, by and through counsel of

record:

*Tishomingo County, Mississippi's First Supplemental Responses to Plaintiff's First Set*

*of Requests for Production of Documents*

**RESPECTFULLY SUBMITTED,** this the 18th day of December, 2023.

                                                   **JACKS| GRIFFITH| LUCIANO, P.A.**

                              By:      /s/ *Mary McKay Griffith*
                                       Daniel J. Griffith, MS Bar No. 8366
                                       Mary McKay Griffith, MS Bar No. 100785
                                       Bethany A. Tarpley, MS Bar No. 104134
                                       Attorneys for Defendant Tishomingo County

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: mgriffith@jlpalaw.com
        dgriffith@jlpalaw.com
        btarpley@jlpalaw.com

Phillip Whitehead, Esq.
1274 Main Street
P. O. Box 38
Tishomingo, MS 38873
Phone: 662-438-1166
Email: pmwlaw@gmail.com


## CERTIFICATE OF SERVICE

I, Mary McKay Griffith, attorney of record for Defendant Tishomingo County, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Notice of Service* to be delivered by the ECF Filing System which gave notice to the following:

Richard Shane McLaughlin, Esq.
Mclaughlin Law Firm
Email: rsm@mclaughlinlawfirm.com
**Attorney for Plaintiff**

Victor Israel Fleitas
Victor I. Fleitas, P.A.
Email: fleitasv@bellsouth.net
**Attorney for Plaintiff**

**DATED** this 18th day of October, 2023.

 */s/ Mary McKay Griffith*
Mary McKay Griffith