## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**GAIL W. MILLIGAN**                                                                 **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 1:23-CV-93-MPM-DAS**

**TISHOMINGO COUNTY, MISSISSIPPI;**
**RYAN GLOVER, IN HIS INDIVIDUAL CAPACITY;**
**AND JOSEPH MARLAR, IN HIS INDIVIDUAL CAPACITY**                **DEFENDANTS**

### STATUS REPORT

      **COME NOW,** Defendants, Tishomingo County, Mississippi; Ryan Glover, in his Individual

Capacity; and, Joseph Marlar, in his Individual Capacity, by and through counsel, herein, and hereby

give notice to the Court that the attorney listed above filed through ECF this Status Report:

      ***Counsel for Defendants herein complies with Order [Doc. 27] and hereby states
Defendants do intend to re-file a dispositive immunity motion.***

      **RESPECTFULLY SUBMITTED,** this the 5th day of January, 2024.

                            **JACKS| GRIFFITH| LUCIANO, P.A.**

                By:    /s/ ***Mary McKay Griffith***
                        Mary McKay Griffith, MS Bar No. 100785
                        Bethany A. Tarpley, MS Bar No. 104134
                        Daniel J. Griffith, MS Bar No. 8366
                        Attorneys for Defendants

Of Counsel:

**JACKS| GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. (662) 843-6171
FAX No. (662) 843-6176
Email: mgriffith@jlpalaw.com
      dgriffith@jlpalaw.com
      btarpley@jlpalaw.com

Phillip Whitehead, Esq.
1274 Main Street
P. O. Box 38
Tishomingo, MS 38873
Phone: 662-438-1166
Email: pmwlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I, Mary McKay Griffith, attorney of record for Defendants, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Status Report* to be delivered by the ECF Filing System which gave notice to the following:

Richard Shane McLaughlin, Esq.
Mclaughlin Law Firm
Email: rsm@mclaughlinlawfirm.com
**Attorney for Plaintiff**

Victor Israel Fleitas
Victor I. Fleitas, P.A.
Email: fleitasv@bellsouth.net
**Attorney for Plaintiff**

**DATED** this 5th day of January, 2024.

/s/ *Mary McKay Griffith*
Mary McKay Griffith