**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**


GAIL W. MILLIGAN                                                                    PLAINTIFF

V.                                                        CAUSE NUMBER: 1:23-CV-93 MPM-DAS

TISHOMINGO COUNTY, MISSISSIPPI, ET AL.                                  DEFENDANTS


**ORDER DISMISSING ACTION
BY REASON OF SETTLEMENT**


The court has been advised by counsel that this action has been settled or is in the process of being settled.   Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice.  The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 12th day of February 2024.


 /s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI